United States District Court
Southern District of Texas

**ENTERED**

May 22, 2026

Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| MANUEL Z. H.[1], | § | |
|     Petitioner, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 1:26-cv-538 |
| | § | |
| MARKWAYNE MULLIN, *et al.*, | § | |
|     Respondent. | § | |

## AMENDED ORDER SETTING STATUS CONFERENCE

The Court **SETS** a status conference for **Wednesday, June 3, 2026, at 2:00 P.M. CT** to address the factual progression of Petitioner Manuel Z. H.'s immigration case prior to the filing of the instant habeas petition. The parties are advised to be prepared to inform the Court of the facts of Petitioner's immigration proceedings between November 2025 and March 2026 in particular, because the Court is currently unable to ascertain how removal proceedings occurred.

All parties may appear in-person or via videoconference. Instructions for videoconferencing will be sent to the counsel of record via email by Tuesday, June 2, 2026.

Signed on May 22, 2026.

_____
Karen Betancourt
United States Magistrate Judge

---

[1] Due to significant privacy concerns in immigration cases and noting that judicial opinions are not subject to Federal Rule of Civil Procedure 5.2, any opinion, order, judgment, or other disposition in this case will refer to the petitioner only by first name and last initial.