United States District Court
Southern District of Texas
**ENTERED**
June 24, 2026
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| MANUEL Z. H[1], Petitioner, | § § § | |
| v. | § | CIVIL ACTION NO. 1:26-cv-538 |
| MARKWAYNE MULLIN, *et al.*, Respondents. | § § § | |

**ORDER WITHDRAWING REPORT AND RECOMMENDATION (Dkt. No. 13)**

On June 8, 2026, the Court issued a report and recommendation. Dkt. No. 13. After further review, the Court WITHDRAWS the report and recommendation. The Court will issue another report and recommendation in due course.

Signed on June 24, 2026.

Karen Betancourt
United States Magistrate Judge

[1] Due to significant privacy concerns in immigration cases and noting that judicial opinions are not subject to Federal Rule of Civil Procedure 5.2, any opinion, order, judgment, or other disposition in this case will refer to the petitioner only by first name and last initial.