United States District Court
Southern District of Texas
**ENTERED**
August 27, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| MANUEL MARTIN ZEPEDA HERNANDEZ, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 1:26-CV-538 |
| | § | |
| MARKWAYNE MULLIN, *et al.*, | § | |
| | § | |
| Respondents. | § | |

**ORDER**

Petitioner Manuel Martin Zepeda Hernandez is detained by United States immigration authorities at the El Valle Detention Center in Willacy County, Texas. Petitioner filed a Petition for Writ of Habeas Corpus (Doc. 1), seeking his release from detention on multiple grounds. Respondents move to dismiss the Petition. (Motion, Doc. 8; *see also* Supplement, Doc. 12)

On July 14, a United States Magistrate Judge issued a Second Amended Report and Recommendation (Doc. 21), recommending that the Court deny the Petition. On July 28, the deadline to file objections to the Second Amended Report and Recommendation elapsed. No party filed objections.

"When no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation." FED. R. CIV. P. 72(b), Advisory Comm. Note (1983). The Court has reviewed the Second Amended Report and Recommendation and finds no clear error within it.

The Court notes that Petitioner alleges claims based his status as a recipient of Deferred Action for Childhood Arrivals. The First Amended Report and Recommendation (Doc. 16) addressed this issue, but the Second Amended Report and Recommendation does not. As Petitioner filed no objections to the Second Amended Report and Recommendation, the Court need only ensure that adoption of the recommendation—i.e., the denial of the Petition, including

of any claims based on Petitioner's DACA status—would not amount to clear error. The Court has applied that standard of review and finds the adoption of the recommendation appropriate.

As a result, the Court **ADOPTS** the Second Amended Report and Recommendation (Doc. 21). It is:

**ORDERED** that Petitioner Muhammad Ayaz's Amended Petition for Writ of Habeas Corpus Under 28 U.S.C. § 2241 (Doc. 14) is **DENIED**;

**ORDERED** that Petitioner Muhammad Ayaz's Motion for Temporary Restraining Order (Doc. 2) is **DENIED**;

**ORDERED** that Respondents' Motion to Dismiss or Alternatively for Summary Judgement (Doc. 8) is **DENIED AS MOOT**;

**ORDERED** that Petitioner Muhammad Ayaz's Motion for Appointment of Counsel (Doc. 15) is **DENIED**; and

**ORDERED** that Petitioner Muhammad Ayaz's Motion for Reconsideration (Doc. 17) is **DENIED**.

Each party shall bear its own fees and costs.

This is a final and appealable order.

The Clerk of Court is directed to close this case.

Signed on August 27, 2026.

Fernando Rodriguez, Jr.
Fernando Rodriguez, Jr.
United States District Judge